No. 70. ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.* LISI ET AL. C. A. 2d Cir. (Certiorari granted, 389 U. S. 926; see also, *e. g.,* 389 U. S. 1027.) Motion of Bates Block for leave to file a brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Lee S. Kreindler* on the motion.

No. 187. MENOMINEE TRIBE OF INDIANS *v.* UNITED STATES. Ct. Cl. (Certiorari granted, 389 U. S. 811.) Case restored to calendar for rebriefing and reargument during session of the Court beginning April 22, 1968. The State of Wisconsin invited to submit a brief and to participate in oral argument. Forty-five minutes each allotted to petitioner, the United States and the State of Wisconsin for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 600. RED LION BROADCASTING CO., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. (Certiorari granted, 389 U. S. 968.) Oral argument in this case postponed pending decision of the United States Court of Appeals for the Seventh Circuit in the case of *Radio Television News Directors Association et al.* v. *United States et al.* and pending this Court's action on any petition for certiorari which may be filed to review that decision. (See No. 993, *infra,* p. 922.) Action on motion of Radio Television News Directors Association et al., for leave to present oral argument, as *amici curiae,* is meanwhile deferred.

No. 155, Misc. IN RE DISBARMENT OF QUIMBY. Charles H. Quimby III, Esquire, of Washington, D. C., having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice. [For earlier orders herein, see 387 U. S. 927, 389 U. S. 1012.]